IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DERRICK L. WALKER,

    *Plaintiff*,

v.                                  Case No.: 1:24cv206-MW/MJF

PAULA THOMAS and KENNETH
PLUMLEY,

    *Defendants*.

_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 13. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 13, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** for Plaintiff's failure to comply with Court Orders and failure to prosecute." The Clerk shall close the file.

SO ORDERED on October 3, 2025.

                                                        **s/Mark E. Walker**
                                                        **United States District Judge**